| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Criminal No. 19-135 |
| ) | |
| FAWN COX (1),          ) | |
| MICHAEL ALAN COX (3), DONDI  ) | |
| SEARCY (7), QUANTEL SEARCY (8),  ) | |
| and CHRISTOPHER SHANER (9)   ) | |

## ORDER ON ORAL MOTION TO CONSOLIDATE

AND NOW, this 31st day of August 2021, it is hereby ORDERED that Defendant Dondi Searcy's Jr.'s July 12, 2021 Oral Motion (*see* ECF No. 703) to Consolidate for Trial Criminal Action No. 20-283 with Criminal Action No. 19-135 is GRANTED in part and DENIED in part.

The Motion is DENIED in that trial of Criminal Action No. 20-283 will not be consolidated with trial of Criminal Action No. 19-135, which is currently set to begin with the selection of a jury on December 6, 2021.

The Motion is GRANTED to the extent that Criminal Action No. 20-283 will be tried immediately after verdicts are rendered in Criminal Action No. 190-135 and will be tried before the same jury selected on December 6, 2021.

Accordingly, an Order Setting Jury Trial for Criminal No. 20-283, to be tried after the conclusion of trial in Criminal Action No. 19-135, will be entered.

BY THE COURT:

*s/Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

cc:   Michael Alan Cox, pro se
      C/O 811 High Street
      New Castle, PA 16101